UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CEPHUS LOVE,

               Plaintiff,

- against -

WINDHAM PROFESSIONALS, INC.,

               Defendant.

---

Case No. 1:13-cv-1649-BMC

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-captioned matter be, and the same hereby is, voluntarily dismissed with prejudice as against WINDHAM PROFESSIONALS, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any part as against the other.

Dated: Valhalla, New York
       January 14, 2014

| | |
|---|---|
| /s/ Sergio Alves | /s/ Ahmad Keshavarz |
| Scott A. Schechter | Ahmad Keshavarz |
| Sergio Alves | THE LAW OFFICE OF AHMAD KESHAVARZ |
| KAUFMAN BORGEEST & RYAN LLP | |
| Attorneys for Defendant | Attorney for Plaintiff |
| WINDHAM PROFESSIONALS, INC. | CEPHUS LOVE |
| 200 Summit Lake Drive | 16 Court Street, 26th Floor |
| Valhalla, New York 10595 | Brooklyn, New York 11241-1026 |

So Ordered,

_____
UNITED STATES DISTRICT JUDGE

2465129